# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0205–5 | User: admin | Date Created: 1/18/2023 |
| Case: 22–05029 | Form ID: pdfdoc2 | Total: 4 |

**Recipients of Notice of Electronic Filing:**
aty    Laurence P. Chirch    lchirch@hinshawlaw.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
dft    Deutsche Bank National Trust Company as Trustee for WAMU Mortgage Pass–Through Certificates Series 2005–AR    1761 East St Andrew Place    Santa Ana, CA 92705
pla    Margaret H. Heidel    5 Highview Lane    Sherman, CT 06784
ust    U. S. Trustee    Office of the U.S. Trustee    Giaimo Federal Building    150 Court Street, Room 302    New Haven, CT 06510

TOTAL: 3